Mr. Terry C. Hendrix
#49030 State Hwy #71
Linon, Colorado 80826

13 CV 0339

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Mr. Terry C. Hendrix,
By Special Restricted Appearance,
Petitioner,

v.

The Wall Street Journal,
#1211 Avenue of the
Americas, New York,
New York 10036
Respondent(s) et al,

Admiralty Case No: _____
Within the Curia Admiralitas



RECEIVED JAN 11 2013 PRO SE OFFICE

### JURISDICTION

Title 28 U.S.C. § 1333 provides that the District Courts shall have original jurisdiction exclusive of the courts of the states, of:
(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. (June 25, 1948, c. 646, 62 Stat. 931; May 24, 1949, c. 139, 79 63 Stat. 101).

### VENUE

Title 28 U.S.C. § 1339 provides original jurisdiction of any civil action under any act of Congress relative to postal matters,

Page #1) of #7) Pages.

## PETITIONER

Mr. Terry C. Hendrix #49030 State Hwy 71 (LCF #60828) Limon, Colorado 80826 is, by special restricted appearance, here to petition this honorable court of admiralty jurisdiction to recover the res, all interest and property rights in relation to the issues presented herein.

## RESPONDENT(S)

The Wall Street Journal #1211 Avenue of the Americas, New York, NY 10036; and but not limited to the: Dow Jones an Company #84 Second Avenue, Chicopee, MA 01020. (888)343-1619 & WSJ.com. I challenge the Wall Street Journal to match my affidavit of true injury.

## FACTS

On or about October 2nd 2012, I did recieve an offer from the Wall Street Journal newspaper wherein said offer was an option to purchase 52 weeks of said newspaper for $9.99¢ a month if you return the enclosed form within the next 5 business days. Another option to enclose payment was offered to me. I did make and enclose payment taking into my consideration the holiday season and the gift of giving I chose to buy a (20) twenty year subscription of the Wall Street Journal for each of the estimated seven (7) billion people on earth and payment was

Page #2) of #7) pages.

TENDERED FROM ME TO THE WALL STREET JOURNAL FOR THE TOTAL OF All INTENDED PURCHASES IN THE AMOUNT OF $22,222,222,222,222.22¢ THAT ON 10/10/2012 I did PLACE INTO THE Limon¹¹ FACILITY MAILBOX AN ENVELOPE THAT HAD A 45¢ STAMP AFFIXED To it ADDRESSED TO THE RESPONDENT(S) MY PROMISSORY NOTE OF SAID AMOUNT FOR SAID PURCHASES. AS OF YET, I HAVE NOT RECIEVED, MY WAll STREET JOURNALS. I ALSO REQUESTED AND DID PLACE AN ORDER FOR A SUBSCRIPTION TO All PUBLICATIONS PROVIDED BY OR PUBLISHED BY THE WAll STREET JOURNAL AN OR Dow JONES & COMPANY.

OCTOBER 10TH 2012 TO JANUARY 10TH 2013 EQUALS (90) NINETY dAYS AND NO DELIVERY OF MY FULLY PAID FOR IN ADVANCE, SUBSCRIPTION(S). I AM, AS IS EVERYONE ELSE HERE AT LCF, RESTRICTED BY PRISON STAFF AND THEIR POLICY FROM SUBSTANTIATING MY CLAIMS WITH CASE LAW PRECEDENCE OR THE UNITED STATES CODES, LAWS, STATUTES, REGULATIONS, OR RULES. NOT TO MENTION THE U.S. CONSTITUTION. WHEN I HAD, ON OR ABOUT THE 24TH TO THE 28TH OF JAN 2012, ENTERED SAID PRECEDENCE AND LAWS INTO MY COURT DOCUMENT(S), THE LCF LAW LIBRARIAN STAFF TOLD ME I CAN'T do THAT. THEN, AFTER I LEFT, HE, MR. CANFELD, DELETED THE WORK I'd done. BUT don't "WORRY" MY PROMISSORY is GOOD!           PAGE #3) OF #7) PAGES.

## LEGAL CLAIMS AND COMPLAINT

PETITIONER REALLEGES AND INCORPORATES BY REFERENCE TO PAGE #3) AS THOUGH FULLY SET FORTH IN FULL HEREIN AND PROVIDES THE FOLLOWING ALLEGATIONS AND CLAIMS AGAINST THE RESPONDENT(S). IN PART MY COMPLAINT IS THAT THE RESPONDENT(S) HAVE COMMITTED VIOLATIONS OF BUT NOT LIMITED TO: ANTITRUST LAWS, FEDERAL CRIMINAL CONSPIRACY, FINANCIAL INSTITUTIONS FRAUD, MAIL AND WIRE FRAUD, MONEY LAUNDERING, PERJURY, R.I.C.O., AND SECURITIES FRAUD, WHEN THEY KEPT THE PAYMENT PROVIDED TO THEM, FROM; "THE ALMIGHTY CREATOR", THROUGH ME, SO THE WORLD COULD ENJOY THIS GREAT AND SUPERB NEWSPAPER, AND THEN, SUBSEQUENTLY, I FORCED TO FILE THESE CHARGES.

## AN ACCOUNTING OF THE CURRENTLY NEW DEBT

ORIGINAL DEBT IS; $22,222,222,222,222.22¢ TWENTY TWO TRILLION TWO HUNDRED TWENTY TWO BILLION TWO HUNDRED TWENTY TWO MILLION TWO HUNDRED TWENTY TWO THOUSAND TWO HUNDRED TWENTY TWO dollars AND ZERO CENTS X (3) TIMES THREE + PLUS (45) FORTY FIVE PERCENT (%) EQUALS $31,672,672,672,672.31¢ THIRTY ONE TRILLION SIX HUNDRED SEVENTY TWO BILLION SIX HUNDRED SEVENTY TWO MILLION SIX HUNDRED SEVENTY TWO THOUSAND SIX HUNDRED SEVENTY TWO dollars AND (31¢) THIRTY ONE CENTS TIMES THREE EQUALS $95,016,816,816,818.93¢   NINETY FIVE TRILLION SIXTEEN BILLION EIGHT HUNDRED SIXTEEN MILLION EIGHT HUNDRED SIXTEEN

THOUSAND EIGHT HUNDRED EIGHTEEN DOLLARS AND NINETY THREE CENTS. MY DEMAND FOR RELIEF IS $95,016,816,816,818.93¢ IS THE DEBT X3 THAT DOW JONES & COMPANY AND THE WALL STREET JOURNAL OWE AND ARE IN DEBT TO Mr. Terry C. Hendrix. IF THE WALL STREET JOURNAL AND OR DOW JONES & COMPANY WILL AS TENDERED, USE MY PROMISSORY NOTE OF $22,222,222,222,222.22¢ AS PAYMENT FOR THE 7 BILLION, 20 YEAR SUBSCRIPTIONS TO THE WALL STREET AS I INTENDED, AND ALSO, SEND AND REMIT MY CHANGE TO ME WITH A SIGNED NOTARIZED RECORDED RECEIPT, THEN I WILL SETTLE OUT OF COURT WITH THEM. IF NOT, THEN WE WILL NEED TO SCHEDULE A RULE 26(f) MEETING, AND IN COMPLIANCE WITH E.O. 12778. Mr. Terry C. Hendrix AFFIDAVIT OF TRUE INJURY IN FACT. I, Mr. Terry C. Hendrix, do HEREIN AFFIRM, CERTIFY, DECLARE, SAY, AND STATE THAT I did PLACE INTO THE Limon FACILITY MAIL BOX A PROMISSORY NOTE MADE OUT TO: THE WALL STREET JOURNAL. #1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 IN THE SUM CERTAIN AMOUNT OF MONEY PAY TO THE ORDER OF THE WALL STREET JOURNAL $22,222,222,222,222.22¢ RESPECTFULLY BEFORE THE ALMIGHTY TETRAGRAMMATON THE CREATOR SOLE OF ALL IN EXISTENCE I do HEREIN CONFESS JUDGEMENT TO GIVE UP MY SOUL AND DEPART FOR HELL POST HASTE IF I'VE LIED IN THIS AFFIDAVIT OF TRUE INJURY IN FACT.

/s/ Terry C. Hendrix                                01/06/2013.C.E.A.D.
TITLES 18 U.S.C. 1621; 28 U.S.C. 1746
UPON MY COMMERCIAL LIABILITY UCC 1-207    (PAGE #5) OF #7)    DATE

GREETING USDC CLERK.

I AM VERY LIMITED ON LEGAL MATERIALS, AND I RESPECTFULLY REQUEST THAT, IF YOU WILL, PLEASE COPY AND MAIL TO THE RESPONDENTS IN THIS ACTION A COPY OF BOTH THE COMPLAINT AND SUMMONS.

THANK YOU.

RESPONDENTS = THE WALL STREET JOURNAL.
#1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036.

AGAIN,

THANK YOU,

SINCERLY

[signature]

RECEIVED JAN 11 2013 PRO SE OFFICE

PAGE # 7 OF # 7 PAGES.